UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


UNITED STATES OF AMERICA )
)
v. ) NO. 2:03-CR-12
)
RAFAEL VASQUEZ )


**O R D E R**

This criminal matter is before the Court to consider a Report and

Recommendation of the United States Magistrate Judge. [Doc. 63] The

defendant has filed no objection to this report.

After careful consideration of the Report and Recommendation of

the United States Magistrate Judge, it is hereby **ORDERED** that the Report and

Recommendation is **ADOPTED** and **APPROVED**, and that the government's

motion to revoke the defendant's bond is **GRANTED**. [Doc. 62].   It is also

hereby **ORDERED**:

(1)    that the bond be declared as forfeited;

(2)    that a judgment of default be entered against the
surety, Blekis Vasquez, and that the Clerk notify
Belkis

Vasquez , at his/her last known address, of the entry of an order forfeiting the bond and the entry of default judgment.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE